UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Moshe Rothenberg, Esq.
Attorney at Law
880 E. Elmer Road
Vineland, New Jersey 08360
P: 856-236-4374
F: 856-405-6769
Attorney for Debtor(s)

In Re:

Tammy M. Hawkins

Case No.:      24-19882

Chapter:      13

Adv. No.:      N/A

Hearing Date: 07/22/2026 at 10:00 AM

Judge:      Andrew B. Altenburg

## CERTIFICATION OF SERVICE

1.    I, <u>Alyson Johnson</u>:

☐    represent the _____ in the above-captioned matter.

☒    am the secretary/paralegal for <u>Moshe Rothenberg, Esq.</u>, who represents the
      <u>Debtor(s)</u> in the above-captioned matter.

☐    am the _____ in the above case and am representing myself.

2.    On <u>July 20, 2026</u>, I sent a copy of the following pleadings and/or documents to the
      parties listed in the chart below:

      **Plan Transmittal Letter**

      **Modified Chapter 13 Plan**

3.    I hereby certify under penalty of perjury that the above documents were sent using the
      mode of service indicated.

Dated: <u>July 20, 2026</u>

/s/Alyson Johnson_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew B. Finberg<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐Hand-delivered<br>☒Regular Mail<br>☐Certified mail/RR<br>☐E-Mail<br>☒Notice of Electronic Filing (NEF)<br>☐Other_____<br>(as authorized by the court*) |
| Tammy M Hawkins<br>1480 S Maple Drive<br>Apt 1C<br>Vineland, NJ 08360 | Debtor | ☐Hand-delivered<br>☒Regular Mail<br>☐Certified mail/RR<br>☐E-Mail<br>☐Notice of Electronic Filing (NEF)<br>☐Other_____<br>(as authorized by the court*) |
| Goldcrest Properties LLC a/k/a Greenwood Maple Jay<br>c/o Moshie Solomon, Esq.<br>Two University Plaza, Suite 100<br>Hackensack, NJ 07601 | Counsel for Landlord | ☐Hand-delivered<br>☒Regular Mail<br>☐Certified mail/RR<br>☐E-Mail<br>☐Notice of Electronic Filing (NEF)<br>☐Other_____<br>(as authorized by the court*) |
| Greenwood Maple Jay<br>c/o Goldcrest Properties LLC<br>1500 Avenue of the States<br>Suite 308<br>Lakewood, NJ 08701-4791 | Landlord | ☐Hand-delivered<br>☒Regular Mail<br>☐Certified mail/RR<br>☐E-Mail<br>☐Notice of Electronic Filing (NEF)<br>☐Other_____<br>(as authorized by the court*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*Rev. 5/14/12*